**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Lawrence S. Walter
United States Bankruptcy Judge

**Dated: July 24, 2013**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 11-30845 |
|---|---|
| James R Sergent | (Chapter 13) |
| Vernia J Sergent | |
| Debtors | JUDGE LAWRENCE S. WALTER |

ORDER DISMISSING CASE and BARRING REFILING FOR 180 DAYS    T1XX8X

This matter is before the Court upon the Order of the Court filed on September 27, 2012 (Doc. 51) whereby the Debtors were ordered to pay their 2011 income tax refund in quarterly installments to the Trustee or the case would be dismissed and the Court being informed that the Debtors have failed to abide by this Court order:

IT IS ORDERED that:

1) this case is dismissed,

2) the dismissal is pursuant to 11 U.S.C. § 109(g)(1), thus barring the Debtors from filing any bankruptcy under any chapter for 180 days from the entry of this order.

3) In any future bankruptcy cases filed by Debtors in any Bankruptcy Court, the Debtors shall include a copy of this order with the initial bankruptcy filing.

4) Failure to comply with any provisions of the order shall subject the Debtors to further sanctions.

IT IS SO ORDERED.


/s/ JEFFREY M. KELLNER
―――――――――――――――――――――
 JEFFREY M. KELLNER  0022205
CHAPTER 13 TRUSTEE
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

**Distribution:**
All Creditors and Parties in Interest.

1130845_155_201307220914_999/T406_ss
###